THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EMMA MARTIN, Appellant.

Submitted February 24, 1942; decided March 5, 1942.

*John R. Cummins, District Attorney,* for motion.

No one opposed.

Motion granted and appeal dismissed.